CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 13 2020

JULIA C. DUDLEY, CLERK
BY: /s/ S. Poole
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 4:19CR00029 |
| ) | |
| MAURICE V. HOWARD ) | |
| DEVIN STOCKTON ) | |

## ORDER

This cause came to be heard on the agreed motion between the parties, by counsel, pursuant to Title 18 U.S.C. Section 3161(h)(8)(A), for a continuance in connection with the above styled matter, which is currently set for a jury trial.

The court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a Speedy Trial in that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation and/or agreed resolution of the case taking into account the exercise of due diligence.

Accordingly, it is hereby ORDERED that the speedy trial limit in this matter is continued from February 4, 2020, until May 18, 2020.

Entered: This 13 day of January, 2020.

/s/ Michael F. Urbanski
CHIEF UNITED STATES DISTRICT JUDGE